# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PRESTON L. CARBARY,

      *Plaintiff*

      v.

JEFFREY A. UTTECHT,

      *Defendant*

Civil Action No.  CV-12-150-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Petitioner Preston L. Carbary's First Amended Petition Under 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody is Denied.  Judgment is hereby entered in favor of Respondent Jeffrey A. Uttecht.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  August 12, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
      *(By) Deputy Clerk*

Penny Lamb